LAW LIBRARY

NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 28430

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
STEVEN A. FREITAS, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KANEOHE DIVISION
(HPD Criminal No. 6026023MO)
(1P405-01655)

ORDER OF CORRECTION
(By: Ginoza, J. for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of the court filed on July 22, 2010, is corrected as follows: on the last page, in the attorney credit section, (1) Deborah L. Kim attorney for Defendant-Appellant should be replaced by Sat K. Freedman and (2) Kathryn Smith attorney for Plaintiff-Appellee should be replaced by Brian R. Vincent. As amended, it will read as follows:

> Sat K. Freedman
> Deputy Public Defender
> for Defendant-Appellant
>
> Brian R. Vincent
> Deputy Prosecuting Attorney
> City and County of Honolulu
> for Plaintiff-Appellee

The Clerk of the Court is directed to incorporate the foregoing changes in the original Summary Disposition Order and take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 28, 2010.

Associate Judge

---

[1] Nakamura, C.J., Foley and Ginoza, JJ.